UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD B. MABIE, JR.,<br>       Plaintiff,<br> v.<br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>       Defendant. | No. 2:17-cv-01016-RAJ<br><br>ORDER [PROPOSED] |

IT IS HEREBY ORDERED that Plaintiff is awarded $4,600.37 in attorney fees pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412 and $62.98 in costs pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

DONE this 2nd day of August, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 ● Seattle, WA 98103
Tel (206) 414-8894 ● Fax (206) 629-8975